IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAC FUNDING CORPORATION, | ) | |
| Plaintiff, | ) ) ) | Case No. 07 CV 7090 |
| v. | ) | Judge Gettleman |
| EXPRESS LITHO INC., ALLAN FANG, and JENNIFER FANG | ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) ) | |

### NOTICE OF MOTION

TO:　　See Attached Service List

PLEASE TAKE NOTICE that on **Thursday, December 27, 2007, at 9:15 a.m.,** or as soon thereafter as counsel may be heard, the Plaintiff, MAC FUNDING CORPORATION, by and through its attorney, Rein F. Krammer of MASUDA FUNAI EIFERT & MITCHELL, shall appear before the Honorable Judge Gettleman, in Courtroom 1703 of the U.S. District Court Building at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present its **MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION,** at which time you may appear as you see so fit.

　　　　　　　　　　　　　　　　　　　　　　/s/ Rein F. Krammer
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Rein F. Krammer
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle Street Suite 2500
Chicago, Illinois 60601
(312) 245-7500

N:\SYS23\5087\Not-Mot\01780001.doc

## SERVICE LIST

Express Litho Inc.
c/o Nien Tsu A Fang, Registered Agent
11980 Hamden Place
Santa Fe Springs, California  90670

Allan Fang
516 Cofer Court
Walnut, California  91789

Jennifer Fang
516 Cofer Court
Walnut, California  91789

N:\SYS23\6309\178 SERVICE LIST.doc