IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAC FUNDING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 CV 7090 |
| | ) | |
| v. | ) | Judge Gettleman |
| EXPRESS LITHO INC., ALLAN FANG, | ) | |
| and JENNIFER FANG | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:　See Attached Service List

PLEASE TAKE NOTICE that on the 18th day of December, 2007, the Plaintiff, MAC FUNDING CORPORATION, by and through its attorney, Rein F. Krammer, shall file its **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.



　　　　　　　　　　　　　　　　　　　／s／ Rein F. Krammer
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Rein F. Krammer
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois  60601
Phone: (312) 245-7500

N:\SYS23\5087\Not-Fil\01780001.DOC

## SERVICE LIST

Express Litho Inc.
c/o Nien Tsu A Fang, Registered Agent
11980 Hamden Place
Santa Fe Springs, California  90670

Allan Fang
516 Cofer Court
Walnut, California  91789

Jennifer Fang
516 Cofer Court
Walnut, California  91789

N:\SYS23\6309\178 SERVICE LIST.doc