# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Mac Funding Corporation,
      Plaintiff,

CASE NUMBER: 07-CV 7090

V.

ASSIGNED JUDGE: Gettleman

Express Litho Inc., Allan Fang,
and Jennifer Fang
      Defendants.

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Express Litho Inc.
c/o Nien Tsu A Fang, Registered Agent
11980 Hamden Place
Santa Fe Springs, California 90670

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Masuda, Funai, Eifert & Mitchell, Ltd.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_
--------------------------------
**(By) DEPUTY CLERK**

**December 18, 2007**
--------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>January 3, 2008 @ 3:40PM |
| NAME OF SERVER (PRINT)<br>Chris Hutchinson | TITLE<br>Registered Los Angeles Co Process Server #355I |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>11980 Hamden Place, Santa Fe Springs, CA 90670 (Express Litho INC)</u>

SERVED EXPRESS LITHO INC. by service on Allan Fang, Authorized Agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>1/3/2008</u>
           Date      *Signature of Server*

CHRIS HUTCHINSON
MARATHON ATTORNEY SERVICE
PO BOX 666, Lakewood, CA 90714
*Address of Server*
(562) 429-3145

State of California County of <u>Los Angeles</u>
Subscribed and sworn to (or affirmed)
Before me on this <u>3</u> day of <u>January 2008</u>, by
<u>Chris Hutchinson</u>
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature <u>Christine Cardaropoli</u>
(Seal)

CHRISTINE CARDAROPOLI
Commission # 1665039
Notary Public — California
Los Angeles County
My Comm. Expires Jun 5, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.