# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7090 | **DATE** | 1/15/2008 |
| **CASE TITLE** |  | MAC Funding    vs    Express Litho, Inc. | |

**DOCKET ENTRY TEXT:**

Status hearing held. Plaintiff's motion [5] for temporary restraining order is granted.
Status hearing continued to 2/26/2008, at 9:00 a.m.

[For further detail see separate order]
[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|