## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4109 | **DATE** | 1/17/2008 |
| **CASE TITLE** | Aliano vs. Hancock Fabrics, Inc. | | |

**DOCKET ENTRY TEXT**

Parties' agreed motion to transfer this matter to the United States Bankruptcy Court for the District of Delaware [12] is granted. This case is hereby transferred to the United States Bankruptcy Court for the District of Delaware. Status hearing of 1/24/2008 is stricken. Civil Case Terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|