IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAC FUNDING CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 07 CV 7090 |
| ) | |
| v. ) | Judge Gettleman |
| EXPRESS LITHO INC., ALLAN FANG, ) | |
| and JENNIFER FANG ) | Magistrate Judge Schenkier |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Rein F. Krammer, do hereby state the foregoing NOTICE OF MOTION and MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER were served upon the parties on the attached SERVICE LIST, via email, or via U.S. mail, as necessary, by placing copies of the same in properly addressed, postage prepaid, envelopes and depositing the same in the U.S. Mail Chute at 203 North LaSalle Street, Suite 2500, Chicago, Illinois 60601, on this 25th day of January, 2008.

/s/ Rein F. Krammer

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312)245-7500

N:\SYS23\5087\PROFSERV\01780001.doc

## SERVICE LIST

**Maxwell E. Lin**
Law Offices of Maxwell E. Lin & Associates
17870 Castleton St., Suite 338
City of Industry, California 91748
Maxesq88@aol.com

**Express Litho, Inc.**
c/o Allan Fang , Registered Agent
11980 Hamden Place
Santa Fe Springs, California  90670

**Allan Fang**
Express Litho, Inc.
11980 Hamden Place
Santa Fe Springs, California  90670

**Jennifer Fang**
Express Litho, Inc.
11980 Hamden Place
Santa Fe Springs, California  90670