IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAC FUNDING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07 CV 7090 |
| | ) | |
| v. | ) | Judge Gettleman |
| EXPRESS LITHO INC., ALLAN FANG, | ) | |
| and JENNIFER FANG | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:     See Attached Service List

PLEASE TAKE NOTICE that on **Wednesday, January 30, 2007, at 9:15 a.m.,** or as soon thereafter as counsel may be heard, the Plaintiff, MAC FUNDING CORPORATION, by and through its attorney, Rein F. Krammer of MASUDA FUNAI EIFERT & MITCHELL, shall appear before the Honorable Judge Gettleman, in Courtroom 1703 of the U.S. District Court Building at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present its **MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER ,** at which time you may appear as you see so fit.

/s/ Rein F. Krammer
Attorney for Plaintiff

Rein F. Krammer
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle Street Suite 2500
Chicago, Illinois 60601
(312) 245-7500

N:\SYS23\5087\Not-Mot\01780002.doc

## **SERVICE LIST**

**Maxwell E. Lin**
Law Offices of Maxwell E. Lin & Associates
17870 Castleton St., Suite 338
City of Industry, California 91748
Maxesq88@aol.com

**Express Litho, Inc.**
c/o Allan Fang , Registered Agent
11980 Hamden Place
Santa Fe Springs, California  90670

**Allan Fang**
Express Litho, Inc.
11980 Hamden Place
Santa Fe Springs, California  90670

**Jennifer Fang**
Express Litho, Inc.
11980 Hamden Place
Santa Fe Springs, California  90670