**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

MAC Funding Corporation

Plaintiff,

v.                                                      Case No.: 1:07−cv−07090
                                                        Honorable Robert W. Gettleman

Express Litho, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

      MINUTE entry before Judge Robert W. Gettleman: Plaintiff's motion for extension [19] of the temporary restraining order to 2/13/2008 is granted. Motion hearing held on 1/30/2008 regarding said motion. Status hearing date of 2/26/2008 is re−set to 2/13/2008 at 09:00 a.m.Mailed notice (gds,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.