Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7090 | DATE | 2/13/2008 |
| CASE TITLE | MAC Funding   vs   Express Litho, Inc. | | |

**DOCKET ENTRY TEXT:**

Stipulated restraining order entered.
No bond shall be required of plaintiff.

[For further detail see separate order]
[Docketing to mail notice]

00:05

| | | Courtroom Deputy | GDS |
|---|---|---|---|