IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAC FUNDING CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.:   07 CV 7090 |
| EXPRESS LITHO INC., ALLAN FANG, ) | Judge Gettleman |
| and JENNIFER FANG, ) | Magistrate Judge Schenkier |
| ) | |
| Defendants. ) | |

**STIPULATED ORDER**

THIS CAUSE COMING to be heard upon the Motion of Plaintiff MAC FUNDING CORPORATION ("MAC") for Temporary Restraining Order and for Injunctive Relief, and notice of the motion having been provided prior to such hearing.

WHEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED AS FOLLOWS:

1.   EXPRESS LITHO INC., ALLAN FANG and JENNIFER FANG, and their respective agents, attorneys, servants, employees, and others acting in their stead or in concert with them are hereby restrained and enjoined from further: distributing, selling, concealing, dealing in, dissipating, depleting, moving, depreciating, impairing, destroying, harming, encumbering, transferring, disposing of or otherwise damaging the value of the Equipment (i.e., the Mitsubishi brand printing presses that are the subject of this lawsuit) in the possession of ELI, until a ruling is issued in connection with MAC's Motion for Preliminary Injunction. Nothing contained herein shall prevent ELI from using the above presses in the ordinary course of its business.

2. No bond shall be required of Plaintiff.

**MAC FUNDING CORPORATION**

By: _[signature]_
Rein F. Krammer, Esq.
Attorney for Plaintiff
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262

**EXPRESS LITHO INC.**

By: _____
Its: _____

_____
ALLAN FANG, Individually

_____
JENNIFER FANG, Individually

Judge _[signature]_

Dated: _Feb 13, 2008_

RFK:cmp
N:\SYS08\5087\Lit\01780008.doc

2

2. No bond shall be required of Plaintiff.

| MAC FUNDING CORPORATION | EXPRESS LITHO INC. |
|---|---|

By: _____  By: *[signature]* 2-12
Rein F. Krammer, Esq.  Its: president
Attorney for Plaintiff
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262

*[signature]*
ALLAN FANG, Individually

*[signature]*
JENNIFER FANG, Individually

Judge _____

Dated: _____

RFK:emp
N:\SYS08\5087\LIN01780009.doc

2