Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7090 | **DATE** | 4/22/2008 |
| **CASE TITLE** | MAC Funding     vs     Express Litho, Inc. | | |

**DOCKET ENTRY TEXT:**

Status hearing held.  By agreement, this cause is dismissed with prejudice and without costs with leave to reinstate on or before 5/23/2008.  Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on 5/27/2008.
The Court retains jurisdiction to enforce the settlement.

[Docketing to mail  notice]

00:04

| | Courtroom Deputy | |
|---|---|---|