IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAC FUNDING CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07 CV 7090 |
| ) | Judge Gettleman |
| EXPRESS LITHO INC., ALLAN FANG, ) | Magistrate Judge Schenkier |
| and JENNIFER FANG, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR REINSTATEMENT OF CASE**

Now comes the plaintiff, MAC Funding Corporation ("MAC Funding"), by and through its attorneys, Masuda, Funai, Eifert & Mitchell, Ltd., and for its Motion to Reinstate the Case, states as follows:

1. On April 22, 2008, the Court administratively dismissed this case with prejudice with leave to reinstate by May 23, 2008 if the settlement being negotiated was not fully executed. A copy of the Court's Docket Entry is attached hereto as Exhibit "A."

2. The parties have reached what they believe to be a negotiated settlement; however, some of the details of the settlement need to be agreed to before the settlement can be finalized.

3. While the parties have been diligently and in good faith negotiating the terms of the relevant settlement document, no formal agreement has been reached to date.

4. Because the parties continue to negotiate the terms of the settlement document, MAC Funding respectfully requests that the court reinstate the case.

**WHEREFORE,** the plaintiff, MAC Funding Corporation, respectfully requests that this Court enter an order reinstating the case.

Dated: May 23, 2008                                  **MAC FUNDING CORPORATION**


                                                    By:   /s/ Rein F. Krammer
                                                          One of Its Attorneys

Rein F. Krammer, Esq.
Attorneys for Plaintiff
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312) 245-7500
(312) 245-7467

RFK:cmp
N:\SYS08\5087\Lit\01780010.doc

# EXHIBIT "A"

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7090 | **DATE** | 4/22/2008 |
| **CASE TITLE** | MAC Funding     vs     Express Litho, Inc. | | |

**DOCKET ENTRY TEXT:**

Status hearing held. By agreement, this cause is dismissed with prejudice and without costs with leave to reinstate on or before 5/23/2008. Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on 5/27/2008.
The Court retains jurisdiction to enforce the settlement.

[Docketing to mail notice]

00:04

Courtroom Deputy

Page 1 of 1

**Colleen Calhan**

| | |
|---|---|
| From: | usdc_ecf_ilnd@ilnd.uscourts.gov |
| Sent: | Monday, April 28, 2008 10:01 AM |
| To: | ecfmail_ilnd@ilnd.uscourts.gov |
| Subject: | Activity in Case 1:07-cv-07090 MAC Funding Corporation v. Express Litho, Inc. et al status hearing |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3

**Notice of Electronic Filing**

The following transaction was entered on 4/28/2008 at 10:00 AM CDT and filed on 4/22/2008
**Case Name:**     MAC Funding Corporation v. Express Litho, Inc. et al
**Case Number:**   1:07-cv-7090
**Filer:**
**WARNING: CASE CLOSED on 04/22/2008**
**Document Number:** 28

Docket Text:
**MINUTE entry before Honorable Robert W. Gettleman: Status hearing held. By agreement, this cause is dismissed with prejudice and without costs with leave to reinstate on or before 5/23/08. Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on 05/27/08. The Court retains jurisdiction to enforce the settlement. Civil case terminated. Mailed notice (tlm)**

**1:07-cv-7090 Notice has been electronically mailed to:**

Rein F. Krammer    rkrammer@masudafunai.com,ccalhan@masudafunai.com

H. Anthony Relys    harelys@bellboyd.com,docket@bellboyd.com

**1:07-cv-7090 Notice has been delivered by other means to:**

4/29/2008