IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAC FUNDING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07 CV 7090 |
| | ) | |
| v. | ) | Judge Gettleman |
| EXPRESS LITHO INC., ALLAN FANG, | ) | |
| and JENNIFER FANG | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Rein F. Krammer, do hereby state that CM/ECF served the foregoing NOTICE OF MOTION and MOTION FOR REINSTATEMENT OF CASE upon H. Anthony Rlys of Bell Boyd and Lloyd, LLC , via e-mail at harelys@bellboyd.com on the 23rd day of May , 2008.

/s/ Rein F. Krammer

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312)245-7500

N:\SYS23\5087\PROFSERV\0178 certificate of service.doc