IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAC FUNDING CORPORATION, | ) | |
| Plaintiff, | ) ) | Case No. 07 CV 7090 |
| v. | ) ) | Judge Gettleman |
| EXPRESS LITHO INC., ALLAN FANG, and JENNIFER FANG | ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) ) | |

## NOTICE OF MOTION

TO:  H. Anthony Relys
     Bell Boyd & Lloyd, LLC
     70 West Madison
     Suite 3100
     Chicago, Illinois 60602

PLEASE TAKE NOTICE that on **Thursday, May 29, 2008, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, the Plaintiff, MAC FUNDING CORPORATION, by and through its attorney, Rein F. Krammer of MASUDA FUNAI EIFERT & MITCHELL, shall appear before the Honorable Judge Gettleman, in Courtroom 1703 of the U.S. District Court Building at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present its **MOTION FOR REINSTATEMENT OF CASE,** at which time you may appear as you see so fit.

/s/ Rein F. Krammer
Attorney for Plaintiff

Rein F. Krammer
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle Street Suite 2500
Chicago, Illinois 60601
(312) 245-7500

N:\SYS23\5087\Not-Mot\01780003.doc